UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| United States of America | Case No. 2:24-cr-18 |
| v. | Hon. Robert J. Jonker<br>U.S. District Judge |
| Gerson Daneri Arzu-Arriola | |
| *Defendant*. | |
| _____/ | |

### ORDER TO DETAIN TEMPORARILY UNDER 18 U.S.C. § 3142(d)

**IT IS ORDERED** that the Defendant, Gerson Daneri Arzu-Arriola, is detained temporarily for a period of ten (10) days, excluding Saturday, Sundays and holidays, pursuant to 18 U.S.C. § 3142(d) for the reasons stated on the record.

**IT IS FURTHER ORDERED** that the government shall contact the United States Citizenship and Immigration Services so that custody may be transferred. If no action is taken before the aforementioned period has elapsed, the defendant must be brought before this court for further proceedings.

**IT IS SO ORDERED**.

Dated:  October 28, 2024

/s/ *Maarten Vermaat*
MAARTEN VERMAAT
U.S. MAGISTRATE JUDGE