UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                      CASE NO. 2:24-cr-18

v.

                                        HON. ROBERT J. JONKER

GERSON DANERI ARZU-ARRIOLA,

        Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United

States Magistrate Judge in this action. The Report and Recommendation was duly served on the

parties,

and no objection has been made thereto within the time required by law. Based on this, and on the

Court's review of all matters of record, including the audio transcript of the plea proceedings, and

documents referenced and discussed during those proceedings, **IT IS ORDERED** that:

1.      The Report and Recommendation of the Magistrate Judge (ECF No. 36) is approved and

        adopted as the opinion of the Court.

2.      Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charge

        set forth in the Indictment.

3.      The written plea agreement is hereby continued under advisement pending sentencing.

4.      Defendant shall remain detained pending sentencing currently scheduled for May 14, 2025.  ECF No. 37. As noted in an earlier order, if Probation and the parties can complete the PSR process more quickly, the Court is amenable to advancing the date of sentencing. ECF No. 39.


Dated:  January 24, 2025            /s/ Robert J. Jonker
                                      ROBERT J. JONKER
                                      UNITED STATES DISTRICT JUDGE